# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*                    **CRIMINAL COMPLAINT**

*v.*

MJ-25-04111-001-PCT-CBD

*CASSANDRA MANAKAJA*                    **CASE NUMBER:**

I, Clifford R. Pool, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**On or about September 21, 2024, in the District of Arizona, the defendant, CASSANDRA MANAKAJA, did intentionally, knowingly, and recklessly forcibly assault, the victim, Officer W.B., a person designated under Title 18, United States Code, Section 1114 as a Special Agent for the Bureau of Indian Affairs at the time, while Officer B.W. was engaged in and on account of performance of official duties, and in doing so the defendant inflicted bodily injury.**

**In violation of Title 18, United States Code, Section 111(a)(1) and (b).).**

I further state that I am a Special Agent with the Bureau of Indian Affairs, and that this Complaint is based on the following facts: **See attached Affidavit incorporated herein.**

Continued on an attachment sheet and made a part hereof: ☒ Yes   ☐ No

REVIEWED BY: *AUSA Dimitra H. Sampson*

  X    Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

| | |
|---|---|
| Clifford R. Pool, Special Agent, BIA | CLIFFORD POOL  Digitally signed by CLIFFORD POOL  Date: 2025.03.27 15:49:34 -07'00' |
| Complainant's Name and Title | Complainant's Signature          Date |

X     Sworn by Telephone

| | |
|---|---|
| | Flagstaff, Arizona |
| Date/Time | City and State  Camille D. Bibles  Digitally signed by Camille D. Bibles  Date: 2025.03.28 09:23:41 -07'00' |
| Camille D. Bibles, U.S. Magistrate Judge | |
| Name & Title of Judicial Office | Signature of Judicial Officer |

- 1 -

CC:  USM & PTS

## AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Clifford R. Pool, a Special Agent with the Bureau of Indian Affairs, being first duly sworn, hereby depose and state as follows:

## Introduction and Agent Background

1.      This affidavit supports a probable cause finding that Cassandra Manakaja committed a violation of Title 18, United States Code, Section 111(a)(1) and (b), Assault on a Federal officer, on September 21, 2024, in the District of Arizona.

2.      I am a Special Agent with the Bureau of Indian Affairs ("BIA") and have been since 2019.  Since 2011, I was a BIA patrol officer, K-9 handler, and Supervisory Police Officer.  I have investigated homicides, assaults, sexual assaults, and child abuse cases, both as the case agent and as a co-case agent.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint and arrest warrant and does not set forth all of my knowledge about this matter.

**Probable Cause**

4. On or about September 22, 2024, at approximately 6:04 p.m., as the duty agent, I received notification of an Assault on a Federal Police Officer.

5. I was briefed by BIA police that on or about Saturday, September 21, 2024, BIA police officers in Supai, Arizona, were searching for subjects related to a call for service involving intoxicated individuals, made by Cassandra Manakaja's ("Manakaja") mother, V.C.

6. BIA officers observed Manakaja with another female and she appeared to be highly intoxicated and staggering. As officers attempted to speak to Manakaja, she staggered away from them and onto the porch of a residence. When officers asked her to come down into the yard, they smelled alcohol on Manakaja's person and noticed she had slurred speech and bloodshot and glassy eyes. They also noted she was unsteady on her feet.

7. Manakaja was on release conditions through the Havasupai Tribal Court and was arrested for Disorderly Conduct. As BIA officers were escorting Manakaja to their Utility Terrain Vehicle ("UTV"), she kept asking why she was under arrest and what she had done. Manakaja started pulling away from the officer and towards the other female, who was speaking with BIA Officer S.P. Manakaja

was yelling at the female about letting her go to jail again.  Officers had to physically push Manakaja towards the UTV and gave clear commands for her to sit in the UTV.

8.    Manakaja was escorted to the rear seat of the UTV and became irate and combative both towards the female and the BIA officers.  Manakaja led with her head, and using her body weight, she headbutted Officer W.B. in the face.  Manakaja continued to resist arrest by stiffening up so officers couldn't put her in the seat.  She was swinging her arms and feet such that officers had to sit on her.

9.    Officer W.B., who is a BIA Federal Officer, was seen by medical staff, who noted Officer W.B. had been struck in the right mandible, and had pain and tenderness in that area, as well as mild swelling (including a visible mark) on his right jawline.

10.    Manakaja's mother, V.C., said she saw three officers arrive, but Manakaja left the residence, so V.C. did not see the arrest.

11.    Manakaja was interviewed and claimed she did not remember headbutting the Officer, and said she did not believe she was intoxicated, having only three shots of alcohol.

12.    Another individual who claimed to witness the incident, L.D., claimed that she saw Manakaja being arrested and said Manakaja was flailing around with

3

her hands and kicking.  She said Manakaja was fighting against the police because she did not want to be arrested.

## Conclusion

13.    Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that Manakaja committed Assault on a Federal Officer, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

14.    Based on the forgoing, I request that the Court issue the proposed Complaint and arrest warrant.

15.    I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

Respectfully submitted,

CLIFFORD POOL  Digitally signed by CLIFFORD POOL
Date: 2025.03.27 15:50:50 -07'00'

Clifford R Pool
Special Agent, BIA

SUBSCRIBED and SWORN to before me on March __28___, 2025

Camille D. Bibles  Digitally signed by Camille D. Bibles
Date: 2025.03.28 09:23:14 -07'00'

The Honorable Camille D. Bibles
United States Magistrate Judge

4